Deceased, and Others, Appellants, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to appellants to appeal to the Court of Appeals if so advised. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

LOUIS J. LEVINE and Others, Appellants, v. IRVING WOLINS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

THE ERNEST HOFMANN COMPANY, INC., Appellant, v. THE OHLEN-BISHOP COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

WILLIAM JAY SCHIEFFELIN, Respondent, v. JOHN F. HYLAN, as Mayor of the City of New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

NELSON DOUBLEDAY, INC., Appellant, Respondent, v. JAMES A. RICHARDS and Another, Respondents, Appellants.— Order affirmed, without costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.; Smith, J., dissenting.

MARY BYERS, Respondent, v. JAMES A. HARDEN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements; the bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

ANDREW REISINGER, Respondent, v. BERTHA REISINGER, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

LEON B. GINSBURG and Another, as Executors, etc., of MORRIS BECK, Deceased, etc., Respondents, v. IRVING BECK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

HENRY S. VAN INGEN, Respondent, v. McLANE VAN INGEN and Another, as Executors, etc., of EDWARD H. VAN INGEN, Deceased, Impleaded with DAVID T. LEAHY, JR., Individually and as Executor of DAVID T. LEAHY, Deceased, Appellant, and EMMA L. VAN INGEN and Another, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

DANIEL S. SCHWARTZ, Appellant, v. SAMUEL GOODMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

CHARLES I LAMBERT, Respondent, v. WILLIAM K. VANDERBILT, Individually, and Others, as Trustees, etc., Defendants, Impleaded with JOHN CONNELLY and Another, as Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

ROSE HIRSHMAN, Respondent, v. LOUIS GOLDSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.